FILED

MAY - 6 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

KENNETH A. HINTON )
#17746-016 FCC Petersburg )
P.O. Box 90043 )
Petersburg, VA 23804 )
(Enter your full name, prison number
and address)

v.

CORRECTIONS CORPORATION ) OF
AMERICA (CCA/CTF) )
10 Burton Hills Blvd ) and
Nashville, TN 37215 )
(Enter the full name and address(es),
if know, of the defendant(s) in this
action)

Case: 1:08-cv-00778
Assigned To : Roberts, Richard W.
Assign. Date : 5/6/2008
Description: Pro Se Gen. Civil

CORRECTIONS CORPORATION OF AMERICA
1901 E Street, S.E.
Washington, D.C. 20003
c/o John Caulfield, Warden

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

Instructions for filing a Complaint by a Prisoner
Under the Civil Rights Act, 42 U.S.C. § 1983

This packet contains one copy of a complaint form and one copy of an application to proceed *in forma pauperis*. To start an action, you must file an original and one copy of this complaint form.

Your complaint must be clearly handwritten or typewritten and you must sign and declare under penalty of perjury that the facts are correct. If you need additional space to answer a question, you may use another blank page.

Your complaint can be brought in this Court only if one or more of the named defendants is located within the District of Columbia. Further, you must file a separate for each claim that you have unless they are related to the same incident or problem. The law requires that you state only facts in your complaint.

You must supply a certified copy of your prison trust account, pursuant to the provisions of 28 U.S.C. §1915, effective April 26, 1996. The filing fee is $350.00. If insufficient funds exist in your prison account at the time of filing your complaint, the court must access, and when funds exist, collect an initial filing fee equal to 20 percent of the greater of:

(1) the average monthly deposits to your prison account, or
(2) the average monthly balance of your prison account for the prior six-month period.

RECEIVED

APR 21 2008

Clerk, U.S. District and
Bankruptcy Courts

Thereafter, you are required to make monthly payments of 20% of the preceding month's income. The agency having custody over you must forward payments from your account to the clerk of the court each time the amount in the account exceeds $10.00 until the filing fees are paid.

Therefore, before an assessment can be made regarding your ability to pay, you must submit a certified copy of your prison account for the prior six-month period.

When this form is completed, mail it and the copy to the Clerk of the United States District Court for the District of Columbia, 333 Constitution Ave., N.W., Washington, D.C. 20001.

I.  **SUCCESSIVE CLAIMS**

    Pursuant to the Prison Litigation Reform Act of 1995, unless a prisoner claims to be in "imminent danger of serious physical injury," he or she may not file a civil action or pursue a civil appeal *in forma pauperis* "if the prisoner has, on three or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or they failed to state a claim upon which relief could be granted."

II. **PREVIOUS LAWSUITS**

    A.    Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action?   Yes ( )   No (XX)

    B.    Have you begun other lawsuits in state or federal court relating to your imprisonment? Yes ( )   No (XX)

    C.    If your answers to A or B is Yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

        1.    Parties to this previous lawsuit.

            Plaintiffs: _____

            Defendants: _____

        2.    Court (If federal court, please name the district; if state court name the county.)
            _____

        3.    Docket number: _____

        4.    Name of judge to whom case was assigned: _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit: _____

7. Approximate date of disposition: _____

III. **PLACE OF CONFINEMENT**

__FCC PETERSBURG, P.O. BOX 90043, Petersburg, VA 23804__

A. Is there a prisoner grievance procedure in this institution? Yes (X)   No ( )
If your answer is Yes, go to Question III B. If your answer is No, skip Questions III, B, C and D and go to Question III E.

B. Did you present the facts relating to your complaint in the prisoner grievance procedure?
Yes (X)   No ( )

C. If your answer is Yes to Question III B:

1. To whom and when did you complain? __CCA/CTF Grievance Officer Joyce Allen__

2. Did you complain in writing? (Furnish copy of the complaint you made, if you have one.)   Yes (XX)   No ( )
(Not available for submission at this time)

3. What, if any, response did you receive? (Furnish copy of response, if in writing.) __I received no administrative action to have my prescribed eyeglasses provided to me pursuant to the treating opthalmologist's medical order__

4. What happened as a result of your complaint? __I never received the delivery of the original prescribed eyeglasses for which I received an eye exam by Dr. Barry on or about 11/15/06__

D. If your answer is No to Question III B, explain why not. _____

E. If there is no prison grievance procedure in the institution, did you complain to prison authorities?   Yes (XX)   No ( )

F. If your answer is Yes to Question III E;

1. To whom and when did you complain? __Joyce Allen, CCA/CTF Grievance Officer__

    2.    Did you complain in writing? (Furnish copy of the complaint you made, if you have one.)    Yes (x)    No ( )
(I submitted "Medical Grievances on 5/14/07-no.07-295;
5/21/07-no.07-299; 6/25/07-no. 07-332; 7/12/07-no. 07-348;
8/27/07-no.07-350

    3.    What, if any response did you receive? (Furnish copy of response, if in writing.)
A resolution to my responses/grievances have not been satisfied within the time of my complaint

    4.    What happened as a result of your complaint?
I have received delivery of eyeglases that are not in accordance to what was prescribed to me by Dr. Barry, the CCA/CTF Contract Opthalmologist

## IV. PARTIES

In item A below, place your name and prison number in the first blank and your present address in the second blank. Do the same for additional plaintiffs, if any.

A.    Name of Plaintiff: __Kenneth A. Hinton__
    Address: __P.O. Box 90043, Petersburg, VA 23804__

In item B below, place the full name of the defendant(s) in the first blank, their official position in the second blank, their place of employment in the third blank, and their address in the fourth blank. Do the same for additional defendants, if any.

B.    Defendant: __CORRECTIONS CORPORATION OF AMERICA ("CCA")__
    __c/o John Caulfield, Warden__
    Address: __1901 E Street, S.E.__
    __Washington, D.C. 20003__

    Defendant: __Corrections Corporation of America ("CCA")__
    __c/o CEO President__
    Address: __10 Burton Hills Blvd__
    __Nashville, TN 37215__

    Defendant: _____
    Address: _____

    Defendant: _____
    Address: _____

## V. STATEMENT OF CLAIM

## STATEMENT OF CLAIM
## PURSUANT TO 28 U.S.C. 1746, et seq.

On or about May 14, 2007 while an inmate housed and under the care of ("CCA/CTF") medical officials I submitted a inmate grievance regarding the fact that I had not received the prescribed eyeglasses for which (Dr. Barry) the CCA/CTF contract opthalmologist recommened and issued an medical order for me to receive pursuant to my eye exam with him on or about November 15, 2006. As a proximate result of having to wait six months for the delivery of such prescribed eyeglases that was never delivered to me I have suffered ongoing blurred and diminshed vision, anxiety, insomnia, post-traumatic stress, and emotional/mental anguish and distress.

On or about May 21, 2007 I again submitted Medical Grievance No. 07-299 complaining again to the ("CCA/CTF") medical staff that I had not received the delivery of my prescribed eyeglasses pursuant to Dr. Barry's November 15, 2006 examination of me and medical order. As a proximate result of this ongoing delay of such delivery of my prescribed eyeglasses I continued to suffer with unreasonable pain and impaiment of my vision for which continued to diminish thus causing me more emotional and mental angusish, anxiety, insomnia, PTSS, and other medical discomforts associated with the ("CCA/CTF") medical staff deliberate indifference, negligence and breach of care and duty to deliver my prescribed eyeglasses to me.

On or about June 25, 2007 I again submitted Medical Grievance No. 07-332 complaining for a third time that I had not received the prescribed eyeglasses that I needed pursuant to the opthalmologist's November 15, 2006 medical order, thus causing me to endure further unreasonable pain and suffering resulting in my vision being impaired and diminished.

On or about July 12, 2007 I again submitted Medical Grievance No. 07-348 complaining again to the ("CCA/CTF") medical staff that I had not received the prescribed eyeglasses pursuant to the opthalmolgist's November 15, 2006 medical examination of me for such eyewear, nor had I received any follow-up regarding the "re-examination" of me by another ("CCA/CTF") contract opthalmologist who informed me that I would receive my prescribed eyeglasses within four weeks. As a result of the new opthalmologist (Dr. Boschulte) examination of me I received no follow-up exam regarding my ongoing pain in my eyes, nor did I receive the delivery of my prescribed eyeglasses pursuant to Dr. Barry's iniatial medical order for me to have such prescribed eyeglasses.

On or about August 2, 2007 I again submitted Medical Grievance No. 07-350 complaining again to the ("CCA/CTF") medical staff "for a fifth time", regarding the fact that after waiting over eight months I had not received the recommended prescribed eyeglasses pursuant to my first eye exam for such eyewear with Dr. Barry on November 15, 2006, nor pursuant to the "re-examination" of me by Dr. Boschulte on or about July 9, 2007.

On or about August 16, 2007 I received delivery of a pair of eyeglasses that was not in compliance to the prescription for which I was examined for by Dr. Barry or Dr. Boschulte. The eyeglasses were not feasible for me to see through nor did they allow me tohave adequate vision.

As a proximate result of not having the prescribed eyeglasses dilivered to me pursuant to my numerous inmate grievances and the recommended medical orders of Dr. Barry and Dr. Boschulte, contract opthalmologist's for ("CCA/CTF"), I continue to suffer with ongoing mental anguish, emotional distress, diminished vision and anxiety.

WHerefore, due to the ("CCA/CTF") medical staff deliberate indifference, negligence, breach of care and duty and bad faith in not being diligent and reasonable in providing me such medical care as ordered, I seek redress and recompense for all averments within the stated causes of actions as mentioned herein.

As the facts are presented herein pursuant to the Inmate Grievance Procedures Policy No. 14-5, of the ("CCA")/("CTF") Policy/Procedures the plaintiff has/had adequately and properly presented his grievance for administrative remedy to no avail of any proper and timely resolve.

### RELIEF REQUESTED

Wherefore, the plaintiff hereby request that he be afforded a jury trial of twelve jurors regarding his averred claims herein.

1) The plaintiff hereby seeks redress and recompense for compensatory damages in the amount of $300,000.00 on all averments of his verified complaint herein;

2) The plaintiff hereby seeks redress and recompense for punitive damages in the amount of $700,000.00 on all averments of the verified complaint herein;

3) The plaintiff hereby request that he receive the payment of any attorney fees/costs that he may encounter to resolve this claim and that he be awarded payment for any related medical costs associated with his therapuetic treatment for his ongoing Post-Traumatic Disorders, Emotional and Mental Distress attributed by the defendant's gross malfeasance, accordingly.

Signed this 10th day of April, 2008.

_____
(signature of Plaintiff)

I declare under penalty of perjury that the foregoing statement of claim is true and correct to the best of my recollection.

4/10/08
(Date)

_____
(Signature of Plaintiff)

```
JS-44
(Rev.1/05 DC)
```

# CIVIL COVER SHEET

**I (a) PLAINTIFFS**
Kenneth A. Hinton

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** 8,8888
(EXCEPT IN U.S. PLAINTIFF CASES)

PRO SE (PR)

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**
# 17746-016

**DEFENDANTS**
Corrections Corp Of America

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

Case: 1:08-cv-00778
Assigned To : Roberts, Richard W.
Assign. Date : 5/6/2008
Description: Pro Se Gen. Civil

**II. BASIS OF JURISDICTION**
(PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in item III)

**III CITIZENSHIP OF PRINCIPAL PARTIES** (FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) **FOR DIVERSITY CASES ONLY!**

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and **one** in a corresponding Nature of Suit)

**☐ A. Antitrust**
☐ 410 Antitrust

**☐ B. Personal Injury/ Malpractice**
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

**☐ C. Administrative Agency Review**
☐ 151 Medicare Act

Social Security:
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

Other Statutes
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

**☐ D. Temporary Restraining Order/Preliminary Injunction**

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

**☐ E. General Civil (Other) OR ☒ F. Pro Se General Civil**

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Immigration**
☐ 462 Naturalization Application
☐ 463 Habeas Corpus- Alien Detainee
☐ 465 Other Immigration Actions

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☒ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant)

☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.

☐ 460 Deportation
☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not Administrative Agency Review or Privacy Act)

| ☐ G. *Habeas Corpus/ 2255*<br><br>☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ H. *Employment Discrimination*<br><br>☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ I. *FOIA/PRIVACY ACT*<br><br>☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br><br>*(If pro se, select this deck)* | ☐ J. *Student Loan*<br><br>☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |
|---|---|---|---|
| ☐ K. *Labor/ERISA (non-employment)*<br><br>☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ L. *Other Civil Rights (non-employment)*<br><br>☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ M. *Contract*<br><br>☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ N. *Three-Judge Court*<br><br>☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**

☒ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify)  ☐ Multi district Litigation  ☐ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
42 USC 1983

**VII. REQUESTED IN COMPLAINT**  CHECK IF THIS IS A CLASS ☐ ACTION UNDER F.R.C.P. 23   **DEMAND $** 1 million   Check YES only if demanded in complaint  **JURY DEMAND:** ☒ YES  ☐ NO

**VIII. RELATED CASE(S) IF ANY**  (See instruction)  ☒ YES  ☐ NO   If yes, please complete related case form.

DATE 4/6/08   SIGNATURE OF ATTORNEY OF RECORD   NCD

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I. COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III. CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV. CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI. CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

\forms\js-44.wpd