UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
MAY - 6 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| KENNETH A. HINTON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CORRECTIONS CORPORATION OF )<br>AMERICA, )<br>)<br>Defendant. ) | Civil Action No. 08 0778 |

### ORDER

Plaintiff, proceeding *pro se*, has submitted an application to proceed in forma pauperis, and has submitted the financial information required under 28 U.S.C. § 1915(a). Under the provisions of 28 U.S.C. § 1915(b), the plaintiff, a prisoner filing a civil action, is required to pay the statutory filing fee of $ 350.00 for this action.

Accordingly, it is hereby

**ORDERED**, that:

1.  Plaintiff is obligated to pay an initial partial filing fee of **$17.56** to the Clerk of the United States District Court for the District of Columbia.

2.  Plaintiff is obligated to the United States District Court for the District of Columbia for twenty percent of the preceding month's income credited to his prison account as continued partial payments on the remaining balance of the $350.00 filing fee.

3.  The authorized institution officer shall deduct from Plaintiff's prison account the initial payment described above. The remaining payments described above shall be deducted and paid to the Clerk of the United States District Court for the District of Columbia each time the



amount in the account exceeds $10 until the filing fee is paid.

  4.  A copy of this Order shall be furnished to Plaintiff's place of incarceration.

  5.  Plaintiff's application to proceed *in forma pauperis* is GRANTED.

SO ORDERED.

              _____
               United States District Judge

DATE: 4/30/08