CO-1509 (Rev. 1/94)

# ATTORNEY ADDRESS CORRECTION REQUEST

**UNIT REPRESENTATIVE:**
☐ Add Attorney and address to system

**SYSTEMS OFFICE:**
☐ Firm moved to new address   ☐ Verified
☐ Address correction/modification
☐ Person Name change/correction
☐ Firm Name change/correction
☐ Create Flag:   ☐ Pro Bono   ☐ Pro Hac Vice
☐ Other:_____

**ATTORNEY (PRO SE) FIX SPECIALIST:**
☒ Pro Se moved to new address
☐ Attorney moved to new address
☐ Attorney has multiple addresses

**ATTORNEY ADMISSION OFFICE:**
☐ Create flag:
☐ Government   ☐ Gvt Not Certified   ☐ RTC Attorney
☐ Attorney listed with "provisional" flag
☐ Attorney listed with "incomplete" flag

Case No.: 08-cv-212 (RWR)
         08-cv-668 (RWR)
Bar ID No.: 08-cv-778 (RWR)

☐ Attorney   ☒ Pro Se
Prisoner ID No.: 17746016

Name: KENNETH A. Hinton

**OLD ADDRESS:**
Office:_____
Unit:_____
Address: P.O. Box 90043
City: Petersburg   State: VA   Zip: 23804
Telephone:_____

**NEW ADDRESS:**
Office: KENNETH A. Hinton, PRO SE
Unit:_____
Address: 2200 Wilson Blvd
         Suite 102-004
City: Arlington   State: VA   Zip: 22201
Telephone: 703/508-0947

COMMENTS: **RECEIVED**
JUN 4 - 2008
DATE:_____ NANCY MAYER WHITTINGTON, CLERK Deputy Clerk:_____
U.S. DISTRICT COURT