# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Kenneth A. Hinton,<br><br>                Plaintiff,<br><br>    v.<br><br>Corrections Corporation of America,<br><br>                Defendant. | Civil Action No. 1:08-cv-00778-RWR |

Pursuant to LCvR 83.6, Jennifer L. Holsman, Esq. (D.C. Bar No. 495296) hereby enters her appearance as counsel for Defendant, Corrections Corporation of America, in the above-captioned matter.

The firm address, telephone and facsimile numbers, as well as e-mail address for Jennifer L. Holsman, Esq. is as follows:

> Jennifer L. Holsman, Esq.
> Jones, Skelton & Hochuli, P.L.C.
> 2901 North Central Avenue, Suite 800
> Phoenix, Arizona 85012
> Telephone No.: (602) 263-7310
> Facsimile No.:  (602) 200-7507
> E-Mail: jholsman@jshfirm.com

Dated: June 11, 2008                Respectfully submitted,

                                                          JONES, SKELTON & HOCHULI, P.L.C.
                                                          2901 North Central Avenue, Suite 800
                                                          Phoenix, Arizona  85012
                                                          Tel:     (602) 263-1700


                                                          By:     s/ Jennifer L. Holsman
                                                              Daniel P. Struck, Bar No. 012377
                                                              Jennifer L. Holsman, Bar No. 495296
                                                               Attorneys for Defendant Corrections
                                                               Corporation of America

ORIGINAL of the foregoing filed ELECTRONICALLY
this 11th day of June, 2008 .

COPY of the foregoing mailed
this 11th day of June, 2008, to:

Kenneth A. Hinton
2200 Wilson Blvd., Suite 102-004
Arlington, VA 22201
*Plaintiff Pro per*

Mariana D. Bravo, Esq.
CARR MALONEY, P.C.
1615 L Street, NW, Suite 500
Washington, DC 20036

*Attorneys for Defendant Corrections*
*Corporation of America*


  s/ Jennifer L. Holsman
     Jennifer L. Holsman

1926437.1