UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____
                               )
KENNETH A. HINTON,             )
                               )
        Plaintiff,             )
                               )
        v.                     )   Civil Action No. 08-778 (RWR)
                               )
CORRECTIONS CORPORATION OF     )
AMERICA,                       )
                               )
        Defendant.             )
_____)
```

**ORDER TO SHOW CAUSE**

On May 23, 2008, the defendant was served with the complaint. The defendant has not filed a response, and plaintiff has failed to seek entry of default or move for default judgment. Accordingly, it is hereby

ORDERED that plaintiff shall show cause in writing by July 25, 2008 why this case should not be dismissed for want of prosecution. If appropriate, plaintiff may satisfy this order by securing entry of default, and filing and serving on defendant a motion for default judgment with a proposed final default judgment.

SIGNED this 11th day of July, 2008.

_____/s/_____
RICHARD W. ROBERTS
United States District Judge