IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Kenneth A. Hinton
    Plaintiff,

Vs.

                            Case No. 08-778-(RWR)

Corrections Corporation of America
    Defendant,

**PLAINTIFF'S REQUEST FOR ISSUANCE OF ENTRY OF DEFAULT JUDGMENT AGAINST DEFENDANT, PURSUANT TO Fed.R.Civ.Procedue Rule 55, et seq.**

    **NOW COMES,** the Plaintiff, Kenneth A. Hinton hereby moves this court to issue an order of default judgment against the defendant Corrections Corporation of America in the captioned matter.

Whereby this Court must take judicial notice that the plaintiff intends to prosecute his complaint and matter of litigation and therefore, opposes any dismissal by this court for any cause other than to prosecute, litigate, mediate and proceed with a jury trial on all averments in the verified complaint. (*See attached Exhibit A notice of opposition to dismiss complaint via email to Defendant*)

    WHEREAS, it appearing to the Court that the Defendant has failed to notify the court and Plaintiff in a timely fashion of its intent to respond to the plaintiff's complaint plaintiff hereby seeks an entry of default in accordance to the Fed. Rules of Civil Procedure. Rule 55, et seq.

    WHEREAS, it further appearing to the Court that the Defendant has failed to provide it's answer/response to the plaintiff's complaint an entry of default would be deemed appropriate for the plaintiff to receive the relief that he seeks due to the fact that Defendant has had ample opportunity to notify the Plaintiff

**RECEIVED**

JUL 2 3 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

and this Court of it's intent and/or non-intent to respond to the plaintiff's complaint.

NOW, THEREFORE, in consideration of the foregoing Plaintiff, Kenneth A. Hinton has successfully made a showing as mentioned herein regarding the factual allegations in his complaint as averred and listed in his complaint that has further caused a manifest of injustice to him by the Defendant, accordingly.

Dated: July 17, 2008

Respectfully submitted,

Kenneth A. Hinton
Plaintiff, Pro se
2200 Wilson Blvd., Suite 102-004
Arlington, VA 22201
(Ph): 571-228-4424

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was served via first class mail, postage prepaid to the Clerk of this Court and to the Defendant's Attorney(s) of record by placing same in the U.S. Mail, on this 17th day of July, 2008.

Signed: _____

**From:** JENNIFER HOLSMAN <jholsman@JSHFIRM.com>
**To:** kennhinton@aol.com
**Cc:** MICHAEL GIARDINA <MGiardina@Jshfirm.com>; TONYA MITCHELL <TMitchell@jshfirm.com>; Gill, Ronald W. (OAG) <ronaldw.gill@dc.gov>
**Subject:** RE: Case No. 1:08-CV-00778-RWR; Kenneth A. Hinton v. CCA
**Date:** Sun, 20 Jul 2008 7:12 pm

Mr. Hinton,

Thank you for your email. We will update our records to reflect your new phone number and email address. I will plan to communicate via either one of these methods from this point forward.

Pursuant to your email, I will make a note that you do not consent to the filing of Defendant's Motion to Dismiss. Please contact me immediately if you would like to discuss this further, as we intend to file the Motion tomorrow.

I look forward to working with you on this case.

Jennifer Holsman

---

**From:** kennhinton@aol.com [mailto:kennhinton@aol.com]
**Sent:** Sunday, July 20, 2008 9:11 AM
**To:** JENNIFER HOLSMAN
**Subject:** Case No. 1:08-CV-00778-RWR; Kenneth A. Hinton v. CCA

Ms. Holman, et al

RE: Case No. 1:08-CV-00778-RWR; Kenneth A. Hinton v. CCA

I am in receipt of your July 16th letter regarding your desire to file a Motion to Dismiss the Complaint in the referenced case.

I oppose such motion and hereby request that in the future you and/or your staff provide me adequate communication and notification via email or telephone so that I can discuss the anticipated motion with you either ivia email, in person or via telephone in a good faith effort to determine whether there is any opposition to the relief sought and, if there is opposition, to narrow the areas of disagreement.

Furthermore I hereby request that you contact me at via telephone at 571-228-4424 and/or via email at kennhinton@aol.com to discuss such pursuant to LCvR 7(m) in the future and also to further apprise the court of such consent and/or non-consent regarding the plaintiff's discussion and/or responses with defendant accordingly.

Sincerely,

Kenneth A. Hinton
Plaintiff

**Note: LCvR 7(m)**
**DUTY TO CONFER ON NONDISPOSITIVE MOTIONS.**
*Before filing any nondispositive motion in a civil action, counsel shall discuss the anticipated motion with opposing counsel, either in person or by telephone, in a goodfaith effort to determine . The duty to confer also applies to non-incarcerated parties appearing pro se. A party shall include in its motion a statement that the required discussion occurred, and a statement as to whether the motion is opposed.*

cc: Judge Roberts

---

The Famous, the Infamous, the Lame - in your browser. Get the TMZ Toolbar Now!